TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00287-CV







In re San Angelo Pro Hockey Club, Inc. d/b/a San Angelo Professional Hockey Inc. 


and/or d/b/a Richard M. Moore, and Richard M. Moore, Individually

and d/b/a San Angelo Professional Hockey, Inc.





ORIGINAL PROCEEDING FROM TOM GREEN COUNTY






 Relators San Angelo Pro Hockey Club, Inc. d/b/a San Angelo Professional Hockey
Inc. and/or d/b/a Richard M. Moore, and Richard M. Moore, Individually and d/b/a San Angelo
Professional Hockey, Inc. file their petition for writ of mandamus. See Tex. R. App. P. 52.8. We
deny the petition for writ of mandamus.



 __________________________________________

 Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices Kidd and Yeakel

Filed: May 22, 2002

Do Not Publish